AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Preston Deavers, Elizabeth A. | Southern District of Ohio | 10/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 208
85 Marconi Blvd.
Columbus, Ohio 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston Deavers, Elizabeth A. | 10/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston Deavers, Elizabeth A. | 10/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property, Newark OH | A | Rent | M | W | | | | | |
| 2. PNC Bank Money Market Account | A | Int./Div. | M | T | | | | | |
| 3. PNC Bank Checking Account | A | Int./Div. | J | T | | | | | |
| 4. Cincinnati Life Insurance Company Whole Life Policy | A | Distribution | J | T | | | | | |
| 5. Nationwide Mutual Insurance Company Whole Life Policy | A | Distribution | J | T | | | | | |
| 6. Midland National Life Insurance Company Annuity Contract | A | Distribution | L | T | | | | | |
| 7. fhicx | A | Dividend | J | T | | | | | |
| 8. pficx | A | Dividend | | | Sold | 11/19/13 | J | A | |
| 9. hpccp | B | Dividend | | | Sold | 11/14/13 | K | D | |
| 10. pnc | A | Dividend | J | T | | | | | |
| 11. frrax | A | Dividend | | | Sold | 10/16/13 | J | A | |
| 12. bac-pl | B | Dividend | K | T | | | | | |
| 13. bp | A | Dividend | J | T | | | | | |
| 14. tif | A | Dividend | K | T | | | | | |
| 15. gnw | A | Dividend | J | T | | | | | |
| 16. Trust #1 | | None | | V | | | | | |
| 17. AIG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morley Stable | A | Interest | | | Sold | 10/03/13 | M | A | |
| 19. Reassure America Life Ins. Comp | A | Distribution | M | T | | | | | |
| 20. frfxx | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 21. Pershing Gov't Account | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 22. specx | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 23. anglx | A | Dividend | | | Sold | 10/16/13 | K | A | |
| 24. lafax | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 25. dpdfx | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 26. dibax | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 27. gsdax | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 28. oosax | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 29. phigx | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 30. focax | A | Dividend | | | Sold | 10/16/13 | K | A | |
| 31. fdsax | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 32. arbfx | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 33. ghaax | A | Dividend | | | Sold | 10/03/13 | K | A | |
| 34. tmgax | A | Dividend | | | Sold | 10/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. cvrr | B | Dividend | K | T | Buy | 11/26/13 | K | | |
| 36. gogo | A | Dividend | J | T | Buy | 12/18/13 | J | | |
| 37. College Advantage Direct 529 Plan Vanguard 500 Index Option | A | Int./Div. | J | T | Buy | 2/21/13 | J | | |
| 38. gfacx | A | Int./Div. | J | T | Buy | 10/03/13 | J | | |
| 39. bvaox | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 40. cwgfx | A | Distribution | K | T | Buy | 10/03/13 | K | | |
| 41. dodfx | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 42. fihbx | A | Dividend | K | T | Buy | 10/22/13 | K | | |
| 43. afifx | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 44. minix | A | Dividend | K | T | Buy | 10/22/13 | K | | |
| 45. oibyx | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 46. oosyx | A | Dividend | K | T | Buy | 10/22/13 | K | | |
| 47. odvyx | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 48. ptldx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 49. pttrx | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 50. fdswx | A | Dividend | L | T | Buy | 10/22/13 | L | | |
| 51. ttrzx | A | Dividend | K | T | Buy | 10/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston Deavers, Elizabeth A. | 10/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. cisgx | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 53. vsmax | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 54. wacpx | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 55. ftixx | A | Dividend | J | T | Buy | 10/22/13 | J | | |
| 56. jbgix | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 57. aegfx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 58. fkasx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 59. afifx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 60. gfafx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 61. hgoix | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 62. ifafx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 63. pyhpx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 64. prfdx | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Preston Deavers, Elizabeth A.** | 10/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust # 1 listed in Part VII  Investments and Trusts, Line 16, holds all of the assets appearing in Part VII with the gross values designated to each.  The Trust #1 holds no other reportable assests.

| Name of Person Reporting | Date of Report |
|---|---|
| Preston Deavers, Elizabeth A. | 10/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Preston Deavers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544